STATE of Missouri, Respondent,

v.

Mark W. FEWELL, Appellant.

No. WD 68795.

Missouri Court of Appeals,
Western District.

Dec. 9, 2008.

Matthew Ward, Columbia, MO, for appellant.

Shaun J. Mackelprang, Asst. Attorney General, Anna L. Bunch, Asst. Attorney General, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK, and JAMES E. WELSH, JJ.

### Order

PER CURIAM:

Mark Fewell appeals the judgment of the Clay County Circuit Court finding him guilty of attempted possession of a controlled substance.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

Scottie CRAWFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68704.

Missouri Court of Appeals,
Western District.

Dec. 9, 2008.

S. Kate Webber, Esq., Kansas City, MO, for appellant.

Shaun J. Mackelprang, Esq., and Richard A. Starnes, Esq., Jefferson City, MO, for respondent.

Before DIV IV: HOWARD, C.J., LOWENSTEIN and SMART, JJ.

### ORDER

PER CURIAM.

Movant appeals the denial after evidentiary hearing of his Rule 24.035 motion. His one point on appeal, that plea counsel said there was a "good chance" he would receive a lighter sentence, is without merit. Affirmed. Rule 84.16(b).